JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR09-00142 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND  ORDER FOR |
| | ) | CONTINUANCE AND EXCLUSION OF |
| v. | ) | TIME UNDER THE SPEEDY TRIAL |
| | ) | ACT, 18 U.S.C. § 3161 ET SEQ. |
| JAMES ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

       Plaintiff United States of America, by and through its counsel of record, and defendant

James Robinson, by and through his counsel of record, hereby stipulate as follows:

       1.     On November 30, 2009 in magistrate court, attorney Roger W. Patton was appointed

to represent the defendant in the above-captioned matter.  In addition, prosecution of this matter

was very recently re-assigned to Assistant United States Attorney Deborah R. Douglas, who has

not yet received the file from the previously-assigned prosecutor in San Francisco.   This case is

currently scheduled before this Court on Friday, December 11, 2009 at 9 a.m.   However, Mr.

Patton and AUSA Douglas have federal court appearances in the Eastern District of California at

Sacramento in unrelated matters on December 11, 2009.   Mr. Patton will need to return to

Sacramento on Friday, January 29, 2010.   Pursuant to this Court's prior order, defendant is

currently on pre-trial release status.

STIPULATION AND ORDER
CR09-00142 DLJ

1

2.      The parties stipulate and request that the matter be continued from December 11,

2   2009 to February 5, 2010 on the grounds of continuity of counsel and effective preparation. The

3   requested continuance will permit both parties to obtain the respective defense and government files

4   and to become familiar with the facts, law, and procedural history in this case.   In addition, a

5   continuance to Friday, February 5, 2010 will provide the defendant with an opportunity to review

6   the discovery, investigate the case, and perform the other tasks involved in effective preparation.

7      For the foregoing reasons, the parties stipulate and agree that the ends of justice served by

8   the continuance requested outweigh the best interests of the public and the defendant in a speedy

9   trial because the failure to grant such a continuance would unreasonably deny the defendant and

10   the government continuity of counsel and adequate time to prepare, taking into account the exercise

11   of due diligence.  Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the parties

12   therefore stipulate and agree that the time from December 11, 2009 through February 5, 2010

13   should be excluded from the time in which the trial shall commence.

14

15   Dated: 12/2/09                    _____/s/_____

16                                DEBORAH R. DOUGLAS
                                 Assistant United States Attorney

17

18   Dated: 12/2/09                    _____/s/_____

                                 ROGER W. PATTON,  Esq.
19                                Attorney for Defendant

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CR09-00142 DLJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny the defendant and the government continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT this matter, currently scheduled for December 11, 2009 at 9 a.m., shall be continued to February 5, 2010 at 9 a.m. for status before the Honorable D. Lowell Jensen, United States District Judge, in the federal building in Oakland, California, and that the time from December 11, 2009 through February 5, 2010 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 7, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge

STIPULATION AND ORDER
CR09-00142 DLJ